No. 01–10898. SIFFORD *v.* UNITED STATES. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case re-

901

manded for further consideration in light of *Clay* v. *United States*, 537 U. S. 522 (2003).

